THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. RICKY BELL et al., Defendants-Appellants.

(No. 59890;

First District (1st Division)—June 16, 1975.

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.